No. 13-30315
(consolidated with No. 13-30329)

_____

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

_____

IN RE:  DEEPWATER HORIZON

_____

On Appeals from the United States District Court
for the Eastern District of Louisiana

_____

**MOTION BY APPELLANTS FOR LEAVE TO
FILE SUPPLEMENTAL BRIEF**

_____

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Wendy L. Bloom
Andrew B. Bloomer, P.C.
R. Chris Heck
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL  60654
(312) 862-2000

Jeffrey Bossert Clark
Steven A. Myers
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C.  20005
(202) 879-5000

Theodore B. Olson
  *Counsel of Record*
Miguel A. Estrada
Thomas G. Hungar
Scott P. Martin
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
(202) 955-8500

George H. Brown
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304
(650) 849-5300

*Counsel for Appellants*
[*additional counsel listed on inside cover*]

Daniel A. Cantor
Andrew T. Karron
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C.  20004
(202) 942-5000

Jeffrey Lennard
DENTONS LLP
233 South Wacker Drive
Suite 7800
Chicago, IL  60606
(312) 876-8000

S. Gene Fendler
Don K. Haycraft
R. Keith Jarrett
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA  70139
(504) 581-7979

# CERTIFICATE OF INTERESTED PERSONS

No. 13-30315

IN RE: DEEPWATER HORIZON

_____

LAKE EUGENIE LAND & DEVELOPMENT, INC.; BON SECOUR FISHERIES, INC.;
FORT MORGAN REALTY, INC.; LFBP #1, LLC D/B/A GW FINS;
PANAMA CITY BEACH DOLPHIN TOURS & MORE, LLC;
ZEKE'S CHARTER FLEET, LLC; WILLIAM SELLERS; KATHLEEN IRWIN;
RONALD LUNDY; CORLISS GALLO; JOHN TESVICH; MICHAEL GUIDRY;
HENRY HUTTO; BRAD FRILOUX; AND JERRY J. KEE,
on behalf of themselves and all others similarly situated,
Plaintiffs–Appellees,

v.

BP EXPLORATION & PRODUCTION INC.;
BP AMERICA PRODUCTION COMPANY; AND BP P.L.C.,
Defendants–Appellants.

The undersigned counsel of record certifies that the following interested persons and entities described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal.

## A.    Plaintiffs–Appellees

This action (the *"Bon Secour"* action) is brought by fifteen class representatives: Lake Eugenie Land & Development, Inc.; Bon Secour Fisheries, Inc.; Fort Morgan Realty, Inc.; LFBP # 1, LLC d/b/a GW Fins; Panama City Beach Dolphin Tours & More, LLC; Zeke's Charter Fleet, LLC; William Sellers; Kathleen Irwin; Ronald Lundy; Corliss Gallo;

John Tesvich; Michael Guidry; Henry Hutto; Brad Friloux; and Jerry J. Kee.

The class representatives represent the Economic and Property Damages Class that the district court certified, for settlement purposes only, on December 21, 2012.  *See* MDL 2179 D.E. 8138, 8139.  The absent class members together comprise a "large group of persons [who] can be specified by a generic description, [such that] individual listing is not necessary."  5th Cir. R. 28.2.1.

## B.    Attorneys for Plaintiffs–Appellees

Stephen Jay Herman
Soren E. Gisleson
HERMAN HERMAN & KATZ LLP
820 O'Keefe Avenue
New Orleans, LA  70113
(504) 581-4892

James Parkerson Roy
DOMENGEAUX, WRIGHT, ROY & EDWARDS
Suite 500
556 Jefferson Street
Lafayette, LA  70501
(337) 233-3033

Elizabeth Joan Cabraser
LIEFF, CABRASER, HEIMANN & BERNSTEIN
29th Floor
275 Battery Street
San Francisco, CA  94111
(415) 956-1000

Samuel Issacharoff
NEW YORK UNIVERSITY SCHOOL OF LAW
40 Washington Square, S., Suite 411J
New York, NY  10012
(212) 998-6580

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC  29464
(843) 216-9159

Conrad S.P. "Duke" Williams
WILLIAMS LAW GROUP
435 Corporate Drive, Suite 101
Maison Grand Caillou
Houma, LA  70360
(985) 876-7595

Brian H. Barr
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
    ECHSNER & PROCTOR, PA
316 South Baylen St., Suite 600
Pensacola, FL  32502-5996
(850) 435-7045

Robin L. Greenwald
WEITZ & LUXENBERG, PC
700 Broadway
New York, NY  10003
(212) 558-5802

Jeffrey A. Breit
BREIT DRESCHER IMPREVENTO & WALKER, P.C.
999 Waterside Drive, Suite 1000
Norfolk, VA  23510
(757) 670-3888

Rhon E. Jones
BEASLEY, ALLEN, CROW, METHVIN,
   PORTIS & MILES, P. C.
218 Commerce St., P.O. Box 4160
Montgomery, AL  36104
(334) 269-2343

Matthew E. Lundy
LUNDY, LUNDY, SOILEAU & SOUTH, LLP
501 Broad Street
Lake Charles, LA  70601
(337) 439-0707

Philip F. Cossich, Jr.
COSSICH, SUMICH, PARSIOLA & TAYLOR
8397 Highway 23, Suite 100
Belle Chasse, LA  70037
(504) 394-9000

Michael C. Palmintier
DEGRAVELLES, PALMINTIER, HOLTHAUS & FRUGÉ
618 Main Street
Baton Rouge, LA  70801-1910
(225) 344-3735

Robert T. Cunningham
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P.O. Box 66705
Mobile, AL  36660
(251) 471-6191

Paul M. Sterbcow
LEWIS, KULLMAN, STERBCOW & ABRAMSON
601 Poydras Street, Suite 2615
New Orleans, LA  70130
(504) 588-1500

Alphonso Michael "Mike" Espy
MORGAN & MORGAN, P.A.
188 East Capitol Street, Suite 777
Jackson, MS  39201
(601) 949-3388

Scott Summy
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219
(214) 521-3605

Calvin C. Fayard, Jr.
FAYARD & HONEYCUTT
519 Florida Avenue, SW
Denham Springs, LA  70726
(225) 664-4193

Ervin A. Gonzalez
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL  33134
(305) 476-7400

Mikal C. Watts[*]
WATTS GUERRA CRAFT, LLP
Four Dominion Drive, Building 3, Suite 100
San Antonio, TX  78257
(210) 447-0500

---

[*] Mr. Watts has resigned as counsel for Plaintiffs–Appellees.  In the interest of completeness, however, his prior involvement has been noted here exclusively for purposes of evaluating possible disqualification or recusal.

C.      **Defendants–Appellants**

> BP Exploration & Production Inc.
> BP America Production Company
> BP p.l.c.

D.      **Attorneys for Defendants–Appellants**

> Theodore B. Olson
> Miguel A. Estrada
> Thomas G. Hungar
> Scott P. Martin
> GIBSON, DUNN & CRUTCHER LLP
> 1050 Connecticut Avenue, N.W.
> Washington, D.C.  20036
> (202) 955-8500
>
> George H. Brown
> GIBSON, DUNN & CRUTCHER LLP
> 1881 Page Mill Road
> Palo Alto, CA  94304
> (650) 849-5300
>
> Richard C. Godfrey, P.C.
> J. Andrew Langan, P.C.
> Wendy L. Bloom
> Andrew B. Bloomer, P.C.
> R. Chris Heck
> KIRKLAND & ELLIS LLP
> 300 North LaSalle Street
> Chicago, IL  60654
> (312) 862-2000

Jeffrey Bossert Clark
Steven A. Myers
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C.  20005
(202) 879-5000

S. Gene Fendler
Don K. Haycraft
R. Keith Jarrett
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA  70139
(504) 581-7979

Robert C. "Mike" Brock
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
(202) 662-5985

Daniel A. Cantor
Andrew T. Karron
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C.  20004
(202) 942-5000

Jeffrey Lennard
Keith Moskowitz
DENTONS LLP
233 South Wacker Drive
Suite 7800
Chicago, IL  60606
(312) 876-8000

James J. Neath
Mark Holstein
BP AMERICA INC.
501 Westlake Park Boulevard
Houston, TX 77079
(281) 366-2000

## E.  Additional Interested Parties

In addition to the parties to the *Bon Secour* case, the following parties may have a potential interest in the outcome of this litigation: *Deepwater Horizon* Court Supervised Settlement Program; and Patrick A. Juneau (Claims Administrator of the *Deepwater Horizon* Court Supervised Settlement Program).

## F.  Attorneys for Additional Interested Parties

Attorneys for the Claims Administrator and Court Supervised Settlement Program:

Richard C. Stanley
Jennifer L. Thornton
Gina M. Palermo
Patrick H. Fourroux
STANLEY, REUTER, ROSS, THORNTON & ALFORD, L.L.C.
909 Poydras Street, Suite 2500
New Orleans, LA 70112
(504) 523-1580

## G.  *Amici*

Alabama Association of Realtors

Alabama Education Retirees Association

Alabama Restaurant and Hospitality Alliance

Alabama State Employees Association

Alabama Travel Council

Alabama Trucking Association

Associated Builders and Contractors of Alabama

Associated Builders & Contractors, Inc. – Florida Gulf Coast Chapter

Construction Industry PPA/Consultants Associations

Petroleum & Convenience Marketers of Alabama

The Chamber SWLA

The Florida Restaurant and Lodging Association

The Home Builders Association of Alabama

The Louisiana Restaurant Association

Louisiana Society of Certified Public Accountants

Alabama Society of Certified Public Accountants

State of Alabama

State of Louisiana

State of Mississippi

Hon. Robert Bentley, Governor of Alabama

Hon. Phil Bryant, Governor of Mississippi

## H.    **Attorneys for *Amici***

Attorneys for the *amici*:

Robert L. Redfearn
James A. Burton
Christopher M. Guidroz
SIMON, PERAGRINE, SMITH & REDFEARN, LLP
1100 Poydras Street, 30th Floor
New Orleans, LA  70163
(504) 569-2030
*Attorneys for Trade Associations and CPA Societies*

Luther Strange
Corey L. Maze
Winfield J. Sinclair
OFFICE OF THE ATTORNEY GENERAL OF ALABAMA
501 Washington Avenue
Montgomery, AL  36130
(334) 353-4336

James D. "Buddy" Caldwell
James Trey Phillips
Megan K. Terrell
STATE OF LOUISIANA
P.O. Box 94005
Baton Rouge, LA  70804
(225) 326-6708

Allan Kanner
Douglas R. Kraus
701 Camp Street
New Orleans, LA  70130
(504) 524-5777

Jim Hood
Michael C. Moore
William M. Quin II
Mary Jo Woods
OFFICE OF THE ATTORNEY GENERAL OF MISSISSIPPI
P.O. Box 220
Jackson, MS  39205
(601) 359-3680

David B. Byrne, Jr.
OFFICE OF THE GOVERNOR OF ALABAMA
Alabama State Capitol
600 Dexter Avenue, Suite NB-05
Montgomery, AL  36130
(334) 242-7120

Terese Troxclair Wyly
BALCH & BINGHAM LLP
1310 25th Avenue
Gulfport, MS  39501
(228) 864-9900
*Attorney for Governor Bryant*

   /s/ Theodore B. Olson
Theodore B. Olson
*Attorney of Record for BP Exploration*
*& Production Inc., BP America*
*Production Company, and BP p.l.c.*

# CERTIFICATE OF INTERESTED PERSONS

No. 13-30329
(consolidated with No. 13-30315)

IN RE:  DEEPWATER HORIZON

_____

BP EXPLORATION & PRODUCTION INC. AND
BP AMERICA PRODUCTION COMPANY,
Plaintiffs–Appellants,

v.

*DEEPWATER HORIZON* COURT SUPERVISED SETTLEMENT PROGRAM AND
PATRICK A. JUNEAU, IN HIS OFFICIAL CAPACITY AS CLAIMS ADMINISTRATOR
OF THE *DEEPWATER HORIZON* COURT SUPERVISED SETTLEMENT PROGRAM
ADMINISTERING THE *DEEPWATER HORIZON* ECONOMIC AND
PROPERTY DAMAGES SETTLEMENT AGREEMENT, AND IN HIS
OFFICIAL CAPACITY AS TRUSTEE  OF THE *DEEPWATER HORIZON*
ECONOMIC AND PROPERTY DAMAGES SETTLEMENT TRUST,
Defendants–Appellees,

and

LAKE EUGENIE LAND & DEVELOPMENT, INC.; BON SECOUR FISHERIES, INC.;
FORT MORGAN REALTY, INC.; LFBP #1, LLC D/B/A GW FINS;
PANAMA CITY BEACH DOLPHIN TOURS & MORE, LLC;
ZEKE'S CHARTER FLEET, LLC; WILLIAM SELLERS; KATHLEEN IRWIN;
RONALD LUNDY; CORLISS GALLO; JOHN TESVICH; MICHAEL GUIDRY;
HENRY HUTTO; BRAD FRILOUX; AND JERRY J. KEE,
on behalf of themselves and all others similarly situated,
Defendants/Intervenors–Appellees.

The undersigned counsel of record certifies that the following interested persons and entities described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal.

### A.    Plaintiffs–Appellants

BP Exploration & Production Inc.
BP America Production Company

### B.    Attorneys for Plaintiffs–Appellants

Attorneys for Plaintiffs–Appellants are listed *supra* at vi-viii.

### C.    Defendants–Appellees

This action is brought against the *Deepwater Horizon* Court Supervised Settlement Program, and Patrick A. Juneau (Claims Administrator of the *Deepwater Horizon* Court Supervised Settlement Program).

### D.    Attorneys for Defendants-Appellees

Attorneys for the Claims Administrator and Court Supervised Settlement Program are listed *supra* at viii.

### E.    Defendants/Intervenors–Appellees

The fifteen class representatives of the *Bon Secour* action intervened as defendants in the district court and are appellees here: Bon Secour Fisheries, Inc.; Fort Morgan Realty, Inc.; LFBP # 1, LLC d/b/a GW FINS; Panama City Beach Dolphin Tours & More, LLC;

Zeke's Charter Fleet, LLC; William Sellers; Kathleen Irwin; Ronald Lundy; Corliss Gallo; Lake Eugenie Land & Development, Inc.; Henry Hutto; Brad Friloux; Jerry J. Kee; John Tesvich; and Michael Guidry.

The class representatives represent the Economic and Property Damages Class that the district court certified, for settlement purposes only, on December 21, 2012. *See* MDL 2179 D.E. 8138, 8139. The absent class members together comprise a "large group of persons [who] can be specified by a generic description, [such that] individual listing is not necessary." 5th Cir. R. 28.2.1.

## F.    Attorneys for Defendants/Intervenors–Appellees

Attorneys for Defendants/Intervenors–Appellees are listed *supra* at ii-v.

## G.    Additional Interested Party

In addition to the parties to the case, the following party may have a financial interest in the outcome of this litigation: BP p.l.c.

## H.    Attorneys for Additional Interested Party

Attorneys for BP p.l.c. are listed *supra* at vi-viii.


   /s/ Theodore B. Olson
Theodore B. Olson
*Attorney of Record for BP Exploration & Production Inc. and BP America Production Company*

## MOTION BY APPELLANTS FOR LEAVE TO
## FILE SUPPLEMENTAL BRIEF

Appellants BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. (collectively, "BP") respectfully move this Court for leave to file the attached supplemental brief, which responds to arguments made in *amicus* briefs filed contemporaneously with or after BP's reply brief pursuant to the Court's expedited briefing schedule and other orders in these appeals.

1.    On April 22, 2013, this Court granted a motion by BP to expedite consideration of these appeals.  The Court subsequently issued an expedited briefing schedule requiring BP's opening brief to be filed on May 3, 2013; Appellees' briefs to be filed on May 24, 2013; and BP's reply brief to be filed on May 31, 2013, one week after the filing of Appellees' briefs.  The parties filed their briefs in accordance with this schedule.  The briefing schedule did not address the timing of *amicus* briefs, which have accordingly been filed initially within one week of the filing of the principal brief of the party supported by the particular *amicus*.  *See* Fed. R. App. P. 29(e).

2.    Contemporaneous with the filing of BP's reply brief on May 31, several purported *amici* filed either an *amicus* brief supporting Appellees or motions for leave to file such briefs.  *First*, less than an hour before the filing of BP's reply brief, a group of healthcare providers sought leave to file a 5466-word *amicus* brief.  *See* Restorative Breast

Surgery, LLC *et al.* Mot. for Leave (May 31, 2013). Then, following the filing of BP's reply brief, two additional groups of purported *amici* (represented by the same law firm) sought leave to file their own *amicus* briefs: a 3132-word brief on behalf of the CPA Societies of Louisiana and Alabama, *see* CPA Mot. for Leave (May 31, 2013), and a 3738-word brief by a group of Gulf Coast trade associations, *see* Alabama Association of Realtors *et al.* Mot. for Leave (May 31, 2013). Finally, the States of Alabama, Louisiana and Mississippi, along with the Governors of Alabama and Mississippi, filed a 4410-word *amicus* brief. *See* States Br. (May 31, 2013). Neither these purported *amici* nor Appellees provided notice to BP before May 31, 2013, of their intent to file a brief.

3.     BP filed two oppositions to the motions for leave to file *amicus* briefs by the private parties, arguing (among other things) that those motions should be denied because the movants are not true *amici*. On June 19, 2013, this Court denied the motion by the healthcare providers for leave to file an *amicus* brief on the ground that they are parties to this appeal, and denied without prejudice the motions for leave by the CPA Societies and the trade associations. These latter sets of *amici* refiled their motions for leave and proposed *amicus* briefs on June 21, 2013 (3128 words) and June 24, 2013 (3738 words), respectively. BP has not opposed these subsequent motions for leave.

4.     Together, the three *amicus* briefs filed contemporaneously with or after BP's reply brief account for at least 11,276 words of argu-

ment.  They advance a host of arguments in an attempt to bolster Appellees' position in these appeals.  Because BP was necessarily unable to address these arguments in its own briefing given the expedited deadline for filing the reply brief, and the fact that two of the briefs were required to be refiled well after the reply brief, it should be permitted leave to file the attached supplemental brief doing so.  BP has limited the length of this supplemental brief to 3716 words in an attempt to minimize the additional burden on this Court created by the filing of these *amicus* briefs.

**5.**    BP has conferred with counsel for Appellees regarding the relief sought in this motion.  Appellees the Claims Administrator and Settlement Program take no position on the motion.  Counsel for Plaintiffs-Appellees oppose the requested relief and have indicated that they may file an opposition.

## CONCLUSION

For the foregoing reasons, this Court should grant BP leave to file the attached supplemental brief.

June 27, 2013

Respectfully submitted,

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Wendy L. Bloom
Andrew B. Bloomer, P.C.
R. Chris Heck
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL  60654
(312) 862-2000

Jeffrey Bossert Clark
Steven A. Myers
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C.  20005
(202) 879-5000

Daniel A. Cantor
Andrew T. Karron
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C.  20004
(202) 942-5000

Jeffrey Lennard
DENTONS LLP
233 South Wacker Drive
Suite 7800
Chicago, IL  60606
(312) 876-8000

   /s/ Theodore B. Olson
Theodore B. Olson
   *Counsel of Record*
Miguel A. Estrada
Thomas G. Hungar
Scott P. Martin
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
(202) 955-8500

George H. Brown
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304
(650) 849-5300

S. Gene Fendler
Don K. Haycraft
R. Keith Jarrett
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA  70139
(504) 581-7979

*Counsel for Appellants*

4

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2013, an electronic copy of the foregoing Motion for Leave to File Supplemental Brief was filed with the Clerk of Court for the United States Court of Appeals for the Fifth Circuit using the appellate CM/ECF system, and that service will be accomplished by the appellate CM/ECF system.

   /s/ Theodore B. Olson
Theodore B. Olson
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
(202) 955-8500

`

## CERTIFICATE OF ELECTRONIC COMPLIANCE

I hereby certify that that, on June 27, 2013, this Motion for Leave to File Supplemental Brief was transmitted to the Clerk of the United States Court of Appeals for the Fifth Circuit through the Court's CM/ECF document filing system, https://ecf.ca5.uscourts.gov. I further certify that: (1) required privacy redactions have been made pursuant to this Court's Rule 25.2.13, (2) the electronic submission is an exact copy of the paper document pursuant to this Court's Rule 25.2.1, and (3) the document has been scanned with the most recent version of Microsoft Forefront Endpoint Protection and is free of viruses.


   /s/ Theodore B. Olson
Theodore B. Olson
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
(202) 955-8500