No. 13-30315
(consolidated with No. 13-30329)
_____

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**
_____

IN RE: DEEPWATER HORIZON
_____

On Appeals from the United States District Court
for the Eastern District of Louisiana
_____

**MOTION TO CORRECT OPINION**
_____

| | |
|---|---|
| Richard C. Godfrey, P.C. | Theodore B. Olson |
| J. Andrew Langan, P.C. | *Counsel of Record* |
| Wendy L. Bloom | Miguel A. Estrada |
| Andrew B. Bloomer, P.C. | Thomas G. Hungar |
| R. Chris Heck | Scott P. Martin |
| KIRKLAND & ELLIS LLP | GIBSON, DUNN & CRUTCHER LLP |
| 300 North LaSalle Street | 1050 Connecticut Avenue, N.W. |
| Chicago, IL 60654 | Washington, D.C. 20036 |
| (312) 862-2000 | (202) 955-8500 |
| | |
| | George H. Brown |
| Jeffrey Bossert Clark | GIBSON, DUNN & CRUTCHER LLP |
| Steven A. Myers | 1881 Page Mill Road |
| KIRKLAND & ELLIS LLP | Palo Alto, CA 94304 |
| 655 Fifteenth Street, N.W. | (650) 849-5300 |
| Washington, D.C. 20005 | |
| (202) 879-5000 | |

*Counsel for Appellants*
[*additional counsel listed on next page*]

Daniel A. Cantor
Andrew T. Karron
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C.  20004
(202) 942-5000

Jeffrey Lennard
DENTONS LLP
233 South Wacker Drive
Suite 7800
Chicago, IL  60606
(312) 876-8000

S. Gene Fendler
Don K. Haycraft
R. Keith Jarrett
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA  70139
(504) 581-7979

# CERTIFICATE OF INTERESTED PERSONS

No. 13-30315
(consolidated with No. 13-30329)

IN RE: DEEPWATER HORIZON

_____

LAKE EUGENIE LAND & DEVELOPMENT, INC.; BON SECOUR FISHERIES, INC.;
FORT MORGAN REALTY, INC.; LFBP #1, LLC D/B/A GW FINS;
PANAMA CITY BEACH DOLPHIN TOURS & MORE, LLC;
ZEKE'S CHARTER FLEET, LLC; WILLIAM SELLERS; KATHLEEN IRWIN;
RONALD LUNDY; CORLISS GALLO; JOHN TESVICH; MICHAEL GUIDRY;
HENRY HUTTO; BRAD FRILOUX; AND JERRY J. KEE,
on behalf of themselves and all others similarly situated,
Plaintiffs–Appellees,

v.

BP EXPLORATION & PRODUCTION INC.;
BP AMERICA PRODUCTION COMPANY; AND BP P.L.C.,
Defendants–Appellants.

The undersigned counsel of record certifies that the following interested persons and entities described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal.

**A.     Plaintiffs–Appellees**

This action (the "*Bon Secour*" action) is brought by fifteen class representatives: Lake Eugenie Land & Development, Inc.; Bon Secour Fisheries, Inc.; Fort Morgan Realty, Inc.; LFBP # 1, LLC d/b/a GW Fins; Panama City Beach Dolphin Tours & More, LLC; Zeke's Charter Fleet,

i

LLC; William Sellers; Kathleen Irwin; Ronald Lundy; Corliss Gallo; John Tesvich; Michael Guidry; Henry Hutto; Brad Friloux; and Jerry J. Kee.

The class representatives represent the Economic and Property Damages Class that the district court certified, for settlement purposes only, on December 21, 2012. *See* MDL 2179 D.E. 8138, 8139. The absent class members together comprise a "large group of persons [who] can be specified by a generic description, [such that] individual listing is not necessary." 5th Cir. R. 28.2.1.

**B.    Attorneys for Plaintiffs–Appellees**

Stephen Jay Herman
Soren E. Gisleson
HERMAN HERMAN & KATZ LLP
820 O'Keefe Avenue
New Orleans, LA  70113
(504) 581-4892

James Parkerson Roy
DOMENGEAUX, WRIGHT, ROY & EDWARDS
Suite 500
556 Jefferson Street
Lafayette, LA  70501
(337) 233-3033

Elizabeth Joan Cabraser
LIEFF, CABRASER, HEIMANN & BERNSTEIN
29th Floor
275 Battery Street
San Francisco, CA  94111
(415) 956-1000

Samuel Issacharoff
NEW YORK UNIVERSITY SCHOOL OF LAW
40 Washington Square, S., Suite 411J
New York, NY  10012
(212) 998-6580

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC  29464
(843) 216-9159

Conrad S.P. "Duke" Williams
WILLIAMS LAW GROUP
435 Corporate Drive, Suite 101
Maison Grand Caillou
Houma, LA  70360
(985) 876-7595

Brian H. Barr
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
   ECHSNER & PROCTOR, PA
316 South Baylen St., Suite 600
Pensacola, FL  32502-5996
(850) 435-7045

Robin L. Greenwald
WEITZ & LUXENBERG, PC
700 Broadway
New York, NY  10003
(212) 558-5802

Jeffrey A. Breit
BREIT DRESCHER IMPREVENTO & WALKER, P.C.
999 Waterside Drive, Suite 1000
Norfolk, VA  23510
(757) 670-3888

Rhon E. Jones  
BEASLEY, ALLEN, CROW, METHVIN,  
  PORTIS & MILES, P. C.  
218 Commerce St., P.O. Box 4160  
Montgomery, AL  36104  
(334) 269-2343

Matthew E. Lundy  
LUNDY, LUNDY, SOILEAU & SOUTH, LLP  
501 Broad Street  
Lake Charles, LA  70601  
(337) 439-0707

Philip F. Cossich, Jr.  
COSSICH, SUMICH, PARSIOLA & TAYLOR  
8397 Highway 23, Suite 100  
Belle Chasse, LA  70037  
(504) 394-9000

Michael C. Palmintier  
DEGRAVELLES, PALMINTIER, HOLTHAUS & FRUGÉ  
618 Main Street  
Baton Rouge, LA  70801-1910  
(225) 344-3735

Robert T. Cunningham  
CUNNINGHAM BOUNDS, LLC  
1601 Dauphin Street, P.O. Box 66705  
Mobile, AL  36660  
(251) 471-6191

Paul M. Sterbcow  
LEWIS, KULLMAN, STERBCOW & ABRAMSON  
601 Poydras Street, Suite 2615  
New Orleans, LA  70130  
(504) 588-1500

Alphonso Michael "Mike" Espy
MORGAN & MORGAN, P.A.
188 East Capitol Street, Suite 777
Jackson, MS  39201
(601) 949-3388

Scott Summy
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219
(214) 521-3605

Calvin C. Fayard, Jr.
FAYARD & HONEYCUTT
519 Florida Avenue, SW
Denham Springs, LA  70726
(225) 664-4193

Ervin A. Gonzalez
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL  33134
(305) 476-7400

Mikal C. Watts[*]
WATTS GUERRA CRAFT, LLP
Four Dominion Drive, Building 3, Suite 100
San Antonio, TX  78257
(210) 447-0500

---

[*] Mr. Watts has resigned as counsel for Plaintiffs–Appellees. In the interest of completeness, however, his prior involvement has been noted here exclusively for purposes of evaluating possible disqualification or recusal.

**C.   Defendants–Appellants**

BP Exploration & Production Inc.
BP America Production Company
BP p.l.c.

**D.   Attorneys for Defendants–Appellants**

Theodore B. Olson
Miguel A. Estrada
Thomas G. Hungar
Scott P. Martin
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
(202) 955-8500

George H. Brown
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304
(650) 849-5300

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Wendy L. Bloom
Andrew B. Bloomer, P.C.
R. Chris Heck
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL  60654
(312) 862-2000

Jeffrey Bossert Clark
Steven A. Myers
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C.  20005
(202) 879-5000

S. Gene Fendler
Don K. Haycraft
R. Keith Jarrett
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA  70139
(504) 581-7979

Robert C. "Mike" Brock
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
(202) 662-5985

Daniel A. Cantor
Andrew T. Karron
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C.  20004
(202) 942-5000

Jeffrey Lennard
Keith Moskowitz
DENTONS LLP
233 South Wacker Drive
Suite 7800
Chicago, IL  60606
(312) 876-8000

James J. Neath
Mark Holstein
BP AMERICA INC.
501 Westlake Park Boulevard
Houston, TX  77079
(281) 366-2000

### E.    Defendants–Appellees

A separate action was brought against the defendants-appellees *Deepwater Horizon* Court Supervised Settlement Program and Patrick A. Juneau (Claims Administrator of the *Deepwater Horizon* Court Supervised Settlement Program).

### F.    Attorneys for Defendants–Appellees

Attorneys for the Claims Administrator and Court Supervised Settlement Program:

Richard C. Stanley
Jennifer L. Thornton
Gina M. Palermo
Patrick H. Fourroux
STANLEY, REUTER, ROSS, THORNTON & ALFORD, L.L.C.
909 Poydras Street, Suite 2500
New Orleans, LA  70112
(504) 523-1580

　　　　　　　　　　　　　　　　　　　　 /s/ Theodore B. Olson　　　　　
　　　　　　　　　　　　　　　　　　Theodore B. Olson
　　　　　　　　　　　　　　　　　　*Attorney of Record for BP Exploration*
　　　　　　　　　　　　　　　　　　*& Production Inc., BP America*
　　　　　　　　　　　　　　　　　　*Production Company, and BP p.l.c.*

## MOTION TO CORRECT OPINION

Appellants BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. (collectively, "BP") respectfully move the Court to correct two typographical errors contained in this Court's October 2, 2013 published opinion.† Correcting these two errors would not affect the Court's disposition, but would benefit the public's understanding of this important dispute, the reputation of the litigants, and future legal proceedings.

*First*, the opinion states: "After the initial explosion and during the ensuing fire, the platform sank, causing nearly five *billion* barrels of oil to spill into the Gulf of Mexico." Slip op. 3 (emphasis added). That statement is factually incorrect: The number of barrels involved in the spill is a hotly disputed issue currently being litigated in the district court, but the parties do agree that the correct number involves *millions*, not billions, of barrels. Specifically, BP maintains that 2.45 mil-

---

† In accordance with Fifth Circuit Rule 27.4, BP has contacted all other parties to these appeals. The Claims Administrator and the Court Supervised Settlement Program state that they "take no position as to whether the requested changes are typographical or substantive in nature, and no position as to whether the request is appropriately made as a motion to correct." Class Counsel does not oppose the first correction requested in this motion, but states that it is uncertain with respect to the second requested correction, and reserves the right to file an opposition.

lion barrels of oil were released into Gulf waters, *see* BP and Anadarko's Phase 2 Pre-Trial Memorandum: Quantification Segment, Rec. Doc. 11266 at 2, 2:10-md-2179 (E.D. La. Sept. 5, 2013), while the United States alleges that 4.2 million barrels were discharged into the water, *see* United States of America's Pre-Trial Statement for Phase Two: Number of Barrels of Oil Discharged and BP's Statements and Actions Related to Quantification and Source Control, Rec. Doc. 11265 at 10, 2:10-md-2179 (E.D. La. Sept. 5, 2013); *see also* Amended Class Action Complaint for Private Economic Losses and Property Damage, USCA5 (hereinafter "R.") 3666 ¶ 3 (alleging that the incident resulted in "almost five *million* barrels . . . of crude oil spilled in the Gulf of Mexico" (emphasis added)).‡

BP therefore respectfully requests that the Court amend the sentence on page 3 of its opinion to read: "After the initial explosion and during the ensuing fire, the platform sank, causing millions of barrels of oil to spill into the Gulf of Mexico." Correcting this error is important to assure that the public is accurately informed of the facts giving rise to

---

‡ The amount of oil released is among the issues to be resolved in the now-underway Phase Two trial in this action. *See*, *e.g.*, Second Amended Pretrial Order No. 41 [Case Management Order No. 4], Rec. Doc. 6592 at 2-3, 2:10-md-2179 (E.D. La. May 30, 2012); Minute Entry for Phase Two Non-Jury Trial (Quantification) (Day eight), Rec. Doc. 11641, 2:10-md-2179 (E.D. La. Oct. 10, 2013). BP disputes that anything approaching 5 million barrels was discharged.

this case, to protect BP's reputation, and to avoid pre-judging a disputed factual issue currently being litigated in the district court.

*Second*, the opinion states: "The interests of individuals who may be reaping windfall recoveries because of an inappropriate interpretation of the Settlement Agreement and those who could never have recovered in individual suits for failure to show causation are *not* outweighed by the potential loss to a company and its public shareholders of hundreds of millions of dollars of unrecoverable awards." Slip op. 35 (emphasis added). The opinion as a whole makes clear that the word "not" in this sentence was included inadvertently. The preceding sentence, for example, states that "[t]he balance of equities favors a tailored stay." *Id.* And this Court ordered the district court "to expeditiously craft a narrowly-tailored injunction" so that those who did not experience "actual injury traceable to loss from the Deepwater Horizon accident . . . do not receive their payments until this case is fully heard and decided . . . ." *Id.*

BP therefore respectfully requests that the Court amend the quoted sentence on page 35 of its opinion to delete the word "not," so that it states: "The interests of individuals who may be reaping windfall recoveries because of an inappropriate interpretation of the Settlement Agreement and those who could never have recovered in individual suits for failure to show causation are outweighed by the potential loss to a company and its public shareholders of hundreds of millions of dol-

lars of unrecoverable awards." This clarification of the Court's ruling will be beneficial to the public and to others who may rely on this Court's opinion.

October 16, 2013

Respectfully Submitted,

*/s/ Theodore B. Olson*

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Wendy L. Bloom
Andrew B. Bloomer, P.C.
R. Chris Heck
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
(312) 862-2000

Jeffrey Bossert Clark
Steven A. Myers
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 879-5000

Daniel A. Cantor
Andrew T. Karron
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004
(202) 942-5000

Theodore B. Olson
　*Counsel of Record*
Miguel A. Estrada
Thomas G. Hungar
Scott P. Martin
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 955-8500

George H. Brown
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304
(650) 849-5300

S. Gene Fendler
Don K. Haycraft
R. Keith Jarrett
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA 70139
(504) 581-7979

*[additional counsel listed on next page]*

Jeffrey Lennard
DENTONS LLP
233 S. Wacker Dr., Suite 7800
Chicago, IL 60606
(312) 876-8000

       *Attorneys for BP Exploration & Production Inc.,*
       *BP America Production Company, and BP p.l.c.*

# CERTIFICATE OF CONFERENCE

I hereby certify that, on October 11, 2013, counsel for Defendants–Appellants conferred with counsel for Plaintiffs–Appellees and Defendants–Appellees to determine, pursuant to this Court's Rule 27.4, whether an opposition will be filed. Counsel for the Claims Administrator and the Court Supervised Settlement Program responded by stating that their clients "take no position as to whether the requested changes are typographical or substantive in nature, and no position as to whether the request is appropriately made as a motion to correct." Class Counsel does not oppose the first correction requested in this motion, but states that it is uncertain with respect to the second requested correction, and reserves the right to file an opposition.

       /s/ *Theodore B. Olson*
Theodore B. Olson
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 955-8500

`

## CERTIFICATE OF SERVICE

    I hereby certify that on October 16, 2013, an electronic copy of the foregoing Motion to Correct Opinion was filed with the Clerk of Court for the United States Court of Appeals for the Fifth Circuit using the appellate CM/ECF system, and that service will be accomplished by the appellate CM/ECF system.

        /s/ Theodore B. Olson
Theodore B. Olson
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 955-8500

## CERTIFICATE OF ELECTRONIC COMPLIANCE

I hereby certify that that, on October 16, 2013, this Motion to Correct Opinion was transmitted to the Clerk of the United States Court of Appeals for the Fifth Circuit through the Court's CM/ECF document filing system, https://ecf.ca5.uscourts.gov. I further certify that: (1) required privacy redactions have been made pursuant to this Court's Rule 25.2.13, (2) the electronic submission is an exact copy of the paper document pursuant to this Court's Rule 25.2.1, and (3) the document has been scanned with the most recent version of Microsoft Forefront Endpoint Protection and is free of viruses.

    /s/ Theodore B. Olson
Theodore B. Olson
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 955-8500